UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| LISA M. ZYCH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | Case No. 4:03CV01203 AGF |
| | ) | |
| PATRICIA CORNELL, | ) | |
| | ) | |
| Respondent, | ) | |

## **JUDGMENT**

Pursuant to the Memorandum and Order issued herein on this date,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED** that Petitioner Lisa M. Zych's application for a writ of habeas corpus under 42 U.S.C. § 2254 is **DENIED**.

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 26th day of September, 2006.